FILED

2006 Oct-05  PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRUCE HENRY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **Civil Action No. CV 06-S-152-S** |
| | ) | |
| **WARDEN; ATTORNEY** | ) | |
| **GENERAL OF THE STATE** | ) | |
| **OF ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

The magistrate judge filed his report and recommendation in the above-styled action on September 11, 2006, and recommended that the petition for *habeas corpus* relief filed by Bruce Henry  pursuant to 28 U.S.C. § 2254 be dismissed with prejudice.  No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE as barred by 28 U.S.C. § 2244(d).  The clerk is directed to close this file.

DONE this 5th day of October, 2006.

United States District Judge